| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Thomas Paolino<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8422<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Leean Paolino<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8426<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–10903–MBK | | |

## Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas Paolino                                         Leean Paolino

<u>3/28/23</u>                                                  **By the court:** <u>Michael B. Kaplan</u>
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Thomas Paolino  
Leean Paolino  
    Debtors

Case No. 18-10903-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Mar 28, 2023      Form ID: 3180W      Total Noticed: 80

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Thomas Paolino, P.O. Box 239, Allenwood, NJ 08720-0239 |
| jdb | + | Leean Paolino, P.O. Box 239, Allenwood, NJ 08720-0239 |
| 517280427 | | Audi Financial Services, P.O. Box 5215, Carol Stream, IL 60197-5215 |
| 517280436 | + | Chase, 710 South Ash Street, Suite 200, Glendale, CO 80246-1969 |
| 519006202 | | Citibank, N.A.,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519006203 | + | Citibank, N.A.,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, Citibank, N.A., Fay Servicing, LLC 75381-4609 |
| 517280443 | + | Department of Ed/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 517280444 | | Hackensack Meridian Health, P.O Box 650292, Dallas, TX 75265-0292 |
| 517280449 | | JCP&L, P.O. Box 16001, Reading, PA 19612-6001 |
| 517384248 | + | Jersey Central Power Light, 101 Crawfords Corner Rd, Bldg # 1 Ste 1-511, Holmdel, NJ 07733-1976 |
| 517280451 | | M&T Bank, P. O. Box 3340, Buffalo, NY 14240-3340 |
| 517280457 | | Monmouth Ocean Neurology, 1944 Corlies Ave, Suite 206, Neptune, NJ 07753-4863 |
| 517385049 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517280459 | | Ocean Medical Center, P.O. Box 650292, Dallas, TX 75265-0292 |
| 517280460 | + | Open MRI of Wall, 1975 State Route 34 Bldg. D, Wall, NJ 07719-9751 |
| 517280463 | + | RMB, Inc., 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 517280462 | + | Richard Bahadurian, 2519 Highway 35, Building A, Manasquan, NJ 08736-1915 |
| 517280472 | + | Wall Storage, 1651 Route 34 South, Farmingdale, NJ 07727-3933 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 28 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Mar 28 2023 20:47:07 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 517280424 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2023 21:01:44 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 517280421 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2023 21:01:51 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |

| | | | | |
|---|---|---|---|---|
| 517280423 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2023 21:01:52 | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517280425 | + | EDI: CITICORP.COM | Mar 29 2023 00:38:00 | American Express /DSNB, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 517337234 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2023 21:01:50 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517319584 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2023 21:01:50 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517280428 | + | EDI: TSYS2 | Mar 29 2023 00:38:00 | Barclay Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 517280429 | | EDI: TSYS2 | Mar 29 2023 00:38:00 | Barclaycard, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 517280430 | + | EDI: TSYS2 | Mar 29 2023 00:38:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 517411810 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 28 2023 20:47:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 517280437 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 28 2023 20:47:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 517280439 | + | EDI: CITICORP.COM | Mar 29 2023 00:38:00 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 517280438 | + | EDI: CITICORP.COM | Mar 29 2023 00:38:00 | Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517280440 | + | EDI: WFNNB.COM | Mar 29 2023 00:38:00 | Comenity Bank / Wayfair, P.O. Box 182789, Columbus, OH 43218-2789 |
| 517280441 | + | EDI: CRFRSTNA.COM | Mar 29 2023 00:38:00 | Credit First N.A./Firestone, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 517280442 | | EDI: CRFRSTNA.COM | Mar 29 2023 00:38:00 | Credit First N.A./Firestone, P.O. Box 81083, Cleveland, OH 44181 |
| 517360918 | | EDI: CRFRSTNA.COM | Mar 29 2023 00:38:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517377927 | + | EDI: CITICORP.COM | Mar 29 2023 00:38:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517280455 | + | EDI: CITICORP.COM | Mar 29 2023 00:38:00 | Macy, P.O. Box 8052, Mason, OH 45040-8052 |
| 517280456 | + | EDI: CITICORP.COM | Mar 29 2023 00:38:00 | Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 517984560 | | EDI: Q3G.COM | Mar 29 2023 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517280443 | + | EDI: MAXMSAIDV | Mar 29 2023 00:38:00 | Department of Ed/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 517403895 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 28 2023 20:48:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 517280445 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 28 2023 20:48:00 | Hyundai Motor Finance, 4000 Macarthur Blvd Suite 1000, Newport Beach, CA 92660-2544 |
| 517280446 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 28 2023 20:48:00 | Hyundai Motor Finance, P.O Box 629027, El Dorado Hills, CA 95762-9027 |
| 517280447 | | EDI: IRS.COM | Mar 29 2023 00:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517280434 | | EDI: JPMORGANCHASE | Mar 29 2023 00:38:00 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |

| | | | | |
|---|---|---|---|---|
| 517280435 | | EDI: JPMORGANCHASE | Mar 29 2023 00:38:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5123 |
| 517280433 | | EDI: JPMORGANCHASE | Mar 29 2023 00:38:00 | Chase, P.O. Box 24714, Columbus, OH 43224 |
| 517280431 | | EDI: JPMORGANCHASE | Mar 29 2023 00:38:00 | Chase, P.O. Box 901003, Fort Worth, TX 76101-2076 |
| 517280432 | | EDI: JPMORGANCHASE | Mar 29 2023 00:38:00 | Chase, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 517412568 | | EDI: JPMORGANCHASE | Mar 29 2023 00:38:00 | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517280450 | + | Email/Text: JSUMCbankruptcy@hackensackmeridian.org | Mar 28 2023 20:48:00 | Jersey Shore University Medical Center, 1945 Route 33, Neptune, NJ 07753-4896 |
| 517401962 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 21:01:35 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517280453 | | Email/Text: camanagement@mtb.com | Mar 28 2023 20:47:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 517297778 | + | Email/Text: camanagement@mtb.com | Mar 28 2023 20:47:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 517385049 | | EDI: MAXMSAIDV | Mar 29 2023 00:38:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517280458 | + | Email/Text: bnc@nordstrom.com | Mar 28 2023 20:47:19 | Nordstrom / TD Bank USA, P.O. Box 6555, Englewood, CO 80155-6555 |
| 517375955 | + | EDI: JEFFERSONCAP.COM | Mar 29 2023 00:41:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517391252 | | EDI: PRA.COM | Mar 29 2023 00:38:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517381595 | | EDI: Q3G.COM | Mar 29 2023 00:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517393081 | | EDI: Q3G.COM | Mar 29 2023 00:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517280461 | | Email/Text: clientservices@remexinc.com | Mar 28 2023 20:47:00 | Remex, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517280464 | + | EDI: CITICORP.COM | Mar 29 2023 00:38:00 | Sears Credit Cards, P.O. Box 78051, Phoenix, AZ 85062-8051 |
| 517280465 | + | EDI: CITICORP.COM | Mar 29 2023 00:38:00 | Sears Credit Services, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 517280466 | | EDI: RMSC.COM | Mar 29 2023 00:38:00 | Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5030 |
| 517282825 | + | EDI: RMSC.COM | Mar 29 2023 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517280467 | + | EDI: RMSC.COM | Mar 29 2023 00:38:00 | Synchrony Bank / Care Credit, 200 Crossing Blvd. #101, Bridgewater, NJ 08807-2876 |
| 517280468 | + | EDI: RMSC.COM | Mar 29 2023 00:38:00 | Synchrony Bank / Paypal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |
| 517280469 | + | EDI: RMSC.COM | Mar 29 2023 00:38:00 | Synchrony Bank / Sleepy's, C/O P.O. Box 965036, Orlando, FL 32896-0001 |
| 517945014 | ^ | MEBN | Mar 28 2023 20:45:13 | U.S. Bank National Association as Legal Title |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: 3180W | Total Noticed: 80 |

| Recip ID | Bypass/Notice Type | Notice Date/Time | Name and Address |
|---|---|---|---|
| | | | Trus, PO Box 814609, Dallas, TX 75381-4609 |
| 519787025 | ^ MEBN | Mar 28 2023 20:46:43 | U.S. Bank Trust National Association,, as Trustee of the BKPL-EG Basket Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305, U.S. Bank Trust National Association, |
| 519787024 | ^ MEBN | Mar 28 2023 20:46:43 | U.S. Bank Trust National Association,, as Trustee of the BKPL-EG Basket Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 519356635 | ^ MEBN | Mar 28 2023 20:46:44 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, US Bank Trust NA, SN Servicing Corporation 95501-0305 |
| 519356634 | ^ MEBN | Mar 28 2023 20:46:44 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 517280426 | Email/Text: vci.bkcy@vwcredit.com | Mar 28 2023 20:47:00 | Audi, Audi Financial Services, P.O. Box 3, Hillsboro, OR 97123-0003 |
| 517323801 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 28 2023 20:47:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517280471 | + EDI: VERIZONCOMB.COM | Mar 29 2023 00:38:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 517280470 | EDI: VERIZONCOMB.COM | Mar 29 2023 00:38:00 | Verizon, P.O. Box 4846, Trenton, NJ 08650-4846 |
| 517364357 | + EDI: WFFC2 | Mar 29 2023 00:38:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 517280473 | + EDI: WFFC2 | Mar 29 2023 00:38:00 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517280448 | * | Internal Revenue Service, P.O. Box 804527, Cincinnati, OH 45280-4527 |
| 517280454 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 517280452 | * | M&T Bank, P.O. Box 3340, Buffalo, NY 14240-3340 |
| 517945015 | * | U.S. Bank National Association as Legal Title Trus, PO Box 814609, Dallas, TX 75381-4609 |
| 517280422 | ##+ | American Express, 4315 S 2700 W, Salt Lake City, UT 84129-2127 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the BKPL-EG Basket Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | on behalf of Joint Debtor Leean Paolino vf@legalmattersnj.com |
| Vera Fedoroff | on behalf of Debtor Thomas Paolino vf@legalmattersnj.com |

TOTAL: 8